UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>               Plaintiff,<br><br>    v.<br><br>F. VELASCO, T. WEBSTER,<br><br>              Defendants. | Case No. 1:22-cv-01493-JLT-HBK (PC)<br><br>ORDER RECOGNIZING PLAINTIFF'S VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41<br><br>(Doc. No. 25) |

On May 19, 2023, pro se Plaintiff, a former state prisoner, filed a pleading titled "Plaintiff's request dismissal." (Doc. No. 25). Referencing a May 7, 2019 settlement agreement, Plaintiff requests "to dismiss this case and all other pending cases filed (All)." (*Id.*). The Court construes Plaintiff's pleading as a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). In light of the construed notice of voluntary dismissal, this action is terminated by operation of law without further order from the Court. *Id.*

A review of the Court's docket reveals that in addition to the instant case, Plaintiff has the following five cases pending in the Fresno Division of this Court:

- *Gradford v. Gray*, Case No. 1:22-cv-01304-JLT-SAB;
- *Gradford v. Ducan, et al.*, Case No. 1:22-cv-01637-ADA-EPG;
- *Gradford v. Stainslaus Cty Public Safety Ctr., et al.*, Case No. 1:23-cv-00008-JLT-SKO;
- *Gradford v. Tracie*, 1:23-cv-00009-JLT-HBK; and

- *Gradford v. Perea et al.*, 1:23-cv-00028-ADA-GSA.

To the extent Plaintiff requests to voluntarily dismiss his other pending cases, Plaintiff must either: (1) file a notice of voluntary dismissal in each of his other pending cases, or (2) file a single notice listing the case numbers of the cases he wishes to voluntary dismiss.

Accordingly, it is **ORDERED**:

1. The Court construes Plaintiff's request for dismissal (Doc. No. 25) as a notice of voluntary dismissal under Fed. R. Civ. P. 41.
2. The Clerk of Court shall terminate all pending motions and deadlines and CLOSE this action to reflect Plaintiff's notice of voluntary dismissal without prejudice pursuant to Rule 41(a)(1)(A)(i).

Dated:   May 22, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2